United States Bankruptcy Court

Central District of California

In re:  
Jacqueline Torres Guzman  
    Debtor

Case No. 23-18610-BR  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2  
Date Rcvd: Dec 29, 2023      Form ID: naca      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Torres Guzman, 354 1/2 45th Street, Los Angeles, CA 90037-4337 |
| 41801713 | | Suttell & Hammer Attny, SH File # 919841.001, PO Box C-90006, Bellevue, WA 98009 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Dec 29 2023 23:44:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Dec 29 2023 23:44:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Dec 29 2023 23:44:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41801703 | + | Email/Text: mrdiscen@discover.com | Dec 29 2023 23:44:00 | DISCOVER BANK, PO BOX 30939, Salt Lake City, UT 84130-0939 |
| 41801704 | + | Email/Text: info@hunthenriques.com | Dec 29 2023 23:44:00 | Discover c/o Hunt & Henriques, file # 1539475.001, 7017 Realm Drive, San Jose, CA 95119-1321 |
| 41801705 | | Email/Text: bankruptcycourts@equifax.com | Dec 29 2023 23:44:00 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 41801706 | | Email/Text: bankruptcycourts@equifax.com | Dec 29 2023 23:44:00 | Equifax Info Services LLC, Box 740256, Atlanta, GA 30374-0256 |
| 41801707 | ^ | MEBN | Dec 29 2023 23:39:33 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 41801708 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 29 2023 23:48:32 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 41801709 | | Email/Text: EBN@Mohela.com | Dec 29 2023 23:44:00 | Mohela/Dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 41801711 | + | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Dec 29 2023 23:44:00 | Schools First Fcu, Po Box 11547, Santa Ana, CA 92711-1547 |
| 41801714 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 29 2023 23:48:29 | Syncb/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 41801715 | | Email/Text: DASPUBREC@transunion.com | Dec 29 2023 23:44:00 | Trans Union Corporation, Attn: Public Records Department, 555 W Adams St., Chicago, IL 60661 |

TOTAL: 13

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 29, 2023 | Form ID: naca | Total Noticed: 15 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41801710 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 41801712 | *+ | Schools First Fcu, Po Box 11547, Santa Ana, CA 92711-1547 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John P Pringle (TR) | brenfro@rpmlaw.com  jpp@trustesolutions.net;jpringle@rpmlaw.com |
| Tyson Takeuchi | on behalf of Debtor Jacqueline Torres Guzman tyson@tysonfirm.com  albert@tysonfirm.com;armen@tysonfirm.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE TO AMEND OR CORRECT ATTORNEY'S NAME AND ADDRESS

**DEBTOR(S) INFORMATION:**
Jacqueline Torres Guzman
**SSN:** xxx–xx–3634
**EIN:** N/A
aka Jacqueline Torres

354 1/2 45th Street
Los Angeles, CA 90037–4000

**BANKRUPTCY NO.** 2:23–bk–18610–BR
**CHAPTER** 7

The notice previously mailed in this case is hereby amended to correct the attorney information.

The automatic stay and other matters referred to in the original notice have not been altered, and continue in full force and effect.

**ATTORNEY FOR DEBTOR:**

**Tyson Takeuchi**

**Law Offices of Tyson Takeuchi
1055 Wilshire Blvd
Suite 850
Los Angeles, CA 90017**

**213–637–1566**

Dated: December 29, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form naca rev. 5/96) VAN−82

**7 / SF**